AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Central__ DISTRICT OF __Illinois__

USA

v.

John Frazer

**EXHIBIT AND WITNESS LIST**

Case Number: 12-mj-6409

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sara Darrow | Kirk Schuler | Steve Balk |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 8/30/12 | FTR RM 9:30 | M. Zakrzewski |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/30/12 | 8/30/12 | 8/30/12 | Complaint + Affidavit — Detective McAuliffe — Jeremy |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages