4:12-cr-40073-SLD-JAG   # 8   Page 1 of 11
4:12-mj-06409-SLD   # 1   Page 1 of 11
E-FILED
Thursday, 30 August, 2012 12:14:59 PM
Tuesday, 28 August, 2012 09:50:00 AM CD
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br>JOHN J. FRAZER<br><br>Defendant(s) | )<br>)<br>)   Case No. 12-mj-6409<br>)<br>)<br>)<br>) |

FILED
AUG 28 2012
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 20, 2012__ in the county of __Rock Island__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) & (e) | Production of Child Pornography: On the date and location stated above, Defendant did and attempted to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, and which visual depiction was transported in and affecting interstate and foreign commerce. |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

s/Eric V. Bowers

_Complainant's signature_

Eric V. Bowers, HSI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

s/Sara Darrow

Date: 8-28-2012

_Judge's signature_

City and state: Rock Island, Illinois        Hon. Sara Darrow, U.S. District Court Judge
_Printed name and title_

| | |
|---|---|
| STATE OF ILLINOIS ) | AFFIDAVIT IN SUPPORT OF |
| ROCK ISLAND COUNTY ) | CRIMINAL COMPLAINT |
| CENTRAL DISTRICT OF ILLINOIS ) | |

I, the affiant ERIC V. BOWERS, being duly sworn under oath, depose and state:

## INTRODUCTION

1. I am a Special Agent (SA) with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), currently assigned to the Resident Agent in Charge in Springfield, Illinois. I have been so employed since December 2006. As part of my daily duties as an HSI SA, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256)[1] in all forms of media including computer media. I have been the affiant of over 30 search warrants and several complaints, and I have also participated in the execution of

---

[1] " 'Child Pornography' means any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaging in sexually explicit conduct; or (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct." 18 U.S.C. § 2256(8). Notably, the definition included in subparagraph (B) only applies to conduct occurring after April 30, 2003. *See* Prosecutorial Remedies and Other Tools to end the Exploitation of Children Today Act of 2003 (PROTECT ACT), Pub. L. No. 108-066, 117 Stat. 650.

numerous search warrants and arrests, which involved child exploitation and/or child pornography offenses.[2]

2. This affidavit is made pursuant to Rules 4 and 5(b) of the Federal Rules of Criminal Procedure to support the arrest of, and a criminal complaint charging, JOHN J. FRAZER, DOB: MM/DD/1980, of Silvis, Illinois, for the unlawful production of child pornography in violation of 18 U.S.C. § 2251(a). Because I am making this affidavit to establish probable cause for FRAZER's arrest and the criminal complaint, I have not included in this affidavit each and every fact known to me about this investigation.

3. The elements constituting a violation of 18 U.S.C. § 2251(a), that is, the production of child pornography, are: 1) defendant employed, used, persuaded, induced, enticed, or coerced the victim to take part in sexually explicit conduct, as defined in 18 U.S.C. 2256(2), for the purpose of producing a visual depiction of such conduct; 2) at the time, the victim was a minor (i.e., under 18 years old); and 3) either a) the defendant knew or had reason to know that such visual depiction would be mailed or transported across state lines or in foreign commerce, or b) that the visual depiction was produced using materials that had been mailed, shipped, or transported across state lines or in foreign commerce by any means, or c) that the visual depiction was mailed or actually transported across state lines or in foreign commerce.

## STATEMENT OF PROBABLE CAUSE

4. On August 21, 2012, the Homeland Security Investigations Cyber Crime Center (C3), Child Exploitation Investigations Unit (CEIU), Victim Identification Program received a child exploitation referral from the Danish National Police identifying a user of the Russian image hosting site "www.imgsrc.ru" (IMGSRC) using the user name "marlboroman1488" as a contact

---

[2] One such search was noted by the Seventh Circuit Court of Appeals in *United States v. Slaight*, 620 F.3d 816 (2010). The *Slaight* opinion is incorporated herein to provide full disclosure of the arguable adverse credibility findings made therein.

abuser. Marlboroman1488 posted illicit images on the Russian image hosting website www.imgsrc.ru and indicated the images were of marlboroman1488's eight-year-old daughter.

5. Marlboroman1488 self-registered the IMGSRC account on August 21, 2012, linking the account to the email address "kenrob800@yahoo.com." The user marlboroman1488's profile can be viewed at the Uniform Resource Locator (URL), "http://imgsrc.ru/main/user.php?user= marlboroman1488." Marlboroman1488's IMGSRC profile includes "User info: love them young older than 7." Marlboroman1488 created two password protected IMGSRC albums labeled "8yo daughter and me preview ez" and "8yo and me."

6. Danish law enforcement gained access to the albums via a cooperative relationship with Russian authorities. The Danish National Police provided the contents of the albums to HSI, presumably because they were able to trace the IP address back to the United States.

7. On August 21, 2012, HSI SA James Cole viewed the contents of both IMGSRC albums.

8. SA Cole observed that the album "8yo daughter and me preview ez" contained five photos, which were uploaded to the Nudity section of IMGSRC. Users made nineteen comments within the album. The album was last modified on August 21, 2012. User marlboroman1488 described the album as "Upstairs and down P4p Dirty Comments please Locked are Fantastic pics."

9. The image file names appear to indicate the date and time the images were taken. For instance, the file name for the first image in the album is: "2012_08_20_14_08_50.jpg" SA Cole informed me that based on past experience with similarly named files, the files were most likely

taken with a cellular telephone camera on August 20, 2012 at 2:08 p.m. in the local time of the phone.

10. The images within the album depict a female child approximately 8 – 12 years of age. One image depicts an adult male's hand grabbing at the back of the child's shorts and starting to pull them down. The second image depicts the child bent over with her rear end facing the camera and her buttocks being the focus of attention. The third image depicts the child sitting on the floor eating from a "Whitey's" ice cream cup. Whitey's is an ice cream shop located only in Western Illinois and Eastern Iowa, primarily in the Moline, IL and Davenport, IA areas. The same image has a large wooden barrel in the background which appears to be inscribed with names, including the name "FRAZER." The fourth image depicts the child lying on what appears to be a bed topless with just bikini bottoms on. The child is lying face down with her arms around her back. The fifth image depicts the child lying on the floor in a two-piece bright pink bathing suit with grey or white trim on the bottoms and the top straps.

11. On August 21, 2012, SA Cole observed that the album "8yo and me" contained nine photos, which were uploaded to the Kids section of IMGSRC. Users made four comments within the album. The contents of the album were provided to HSI by the Danish National Police via their relationship with Russian law enforcement. The album was last modified on August 21, 2012. (Note: The original file names of the images in this album were not available, presumably due to the method in which the images were transferred to the United States. The images contained child pornography therefore the files were encrypted prior to being electronically transferred. Encryption also causes compression. The compression most likely caused the filename to be stripped, but the content of the files were not altered.)

12. The images within the album depict what appears to be the same female child described above. The first image depicts the female child lying on her back on the floor with her feet in the air. She is clothed in the same clothing depicted in the first image of the previously described album. The second image depicts a close up of the child's buttocks. The child is wearing the bright pink two-piece bathing suit. The third image depicts the child sitting on the floor wearing the two-piece pink bathing suit with the crotch of the bathing suit pulled over so that the right side of the child's genitalia are exposed. The Whitey's ice cream cup is on a coffee table behind the child. The child has pubic hair development. The fourth and fifth images depict close-ups of the child's exposed genitalia with the crotch of the bathing suit pulled to the side. The sixth image depicts the child, still wearing the pink bathing suit bent over with an adult male's penis pressed up against her buttocks. The seventh image depicts the female child lying face down on what appears to be a bed. The child is topless wearing only a red and black bikini bottom with palm tree images on the bottom. The bikini bottom is pulled down exposing the top of her buttocks crack. An adult male penis is over or against her buttocks. The eighth image depicts the child sitting in what appears to be a bed topless with her breasts exposed, with what appears to be the bikini top (red and black with palm tree print, matching the bottoms) around her neck. Her hands are in her hair in what appears to be the child posing. The ninth image depicts the child sitting on the floor wearing the same two-piece bright pink bathing suit. The crotch is pulled to the side exposing the child's genitalia.

13. Russian authorities identified the IP address of the computer that marlboroman1488 used to post the images to IMGSRC as "50.82.83.151." The Danish National Police provided this information to HSI via its cooperative relationship with Russian authorities.

14. HSI agents determined that IP address 50.82.83.151 was registered to Mediacom, Middletown, New York.

15. On August 22, 2012, in response to legal process, Mediacom provided subscriber information and IP log history for IP address 50.82.83.151. The subscriber of the Mediacom internet service is listed as "John FRAZER, 836 11th Street CT APT 106, Silvis, IL 61282." The last four numbers of FRAZER's Social Security Number are shown as "0934." Mediacom's history logs show that IP address 50.82.83.151 was assigned to FRAZER from August 9, 2012, through the August 22, 2012. Records showed the connection date for this account was March 25, 2011. Mediacom indicated that the account is currently 35 days delinquent in payment.

16. On August 22, 2012, in response to legal process, Yahoo provided registration and IP log history for the account kenrob800@yahoo.com. Yahoo records showed that the user self-registered the account on August 20, 2012 from IP address 50.82.83.151. The account was self-registered to "Rob Ken" of the zip code "52806," which is in Davenport, Iowa. There was no additional IP log history.

17. On August 22, 2012, at approximately 2:45 pm, Moline Police Detective Jeremy McAuliffe observed a blue Yamaha motorcycle (Illinois registration CM5320) arrive and park at the rear of the apartment building located at 836 11th Street Court in Silvis, Illinois. Detective McAuliffe observed that the motorcycle was driven by a male subject who appeared to be John J. FRAZER. The motorcycle is registered to a "John J. FRAZER" of "5103 28th Avenue, Moline, Illinois." (Note: Detective McAuliffe had previously viewed a photo of FRAZER and physical descriptors that were contained in digital records maintained by the police department. In addition, Detective McAuliffe had personal contact with FRAZER on a prior unrelated police matter).

18. On August 22, 2012, your affiant queried an investigative resource website and found that John J. FRAZER (DOB MM/DD/1980, SSN XXX-XX-0934) was shown as residing at 836 11th Street Ct, 106, Silvis, Illinois, from February 2011 to August 2012. The website also indicated that FRAZER had resided at 5103 28th Ave, Moline, Illinois, from January 2005 to February 2011.

19. On August 24, 2012, the U.S. Postal Service confirmed that an individual named John FRAZER receives mail at 836 11th Street Court, Apartment 106, Silvis, Illinois.

20. On August 27, 2012, at approximately 9:00 am, I obtained a federal search warrant for Apartment 106 located at 836 11th Street Court in Silvis, Illinois.

21. On August 27, 2012, at approximately 11:25 a.m., and just prior to the execution of the search warrant, agents observed an adult white female, previously identified by law enforcement as             leaving the apartment complex. Agents encountered       in her car a short distance away from the apartment.       advised that FRAZER was alone in the apartment and that he had a rifle beside his bed.

22. At approximately 11:40 a.m. on August 27, 2012, and still prior to the execution of the search warrant, agents observed FRAZER leave his apartment. FRAZER was immediately encountered in the back parking lot of the apartment complex. He was detained, handcuffed, and searched. Agents removed a Motorola cell phone from his pocket and took the phone into evidence, as it had just been removed from the search warrant location. Agents transported FRAZER to the Moline Police Department. FRAZER declined to be interviewed and requested an attorney.

23. Agents thereafter executed the search warrant and conducted formal interviews of          and her eight year old daughter.

24.                  consented to a voluntary interview, which was audio recorded. _____ viewed sanitized photos of the 8-12 year old girl who was shown in the images uploaded to IMGSRC by marlboroman1488. _____ identified the girl in the photos as her 8 year old daughter, hereinafter referred to as Minor Victim (MV). _____ stated that MV was a third grade student at a local elementary school.

25. _____ said that FRAZER had a Toshiba laptop computer inside the apartment. She stated that she used an IPad, which was also inside the apartment. _____ stated that she and her children, MV and a male juvenile, had moved into Apartment 106 with FRAZER around September 2011, and that they had resided with him since that time.

26. Moline Police Detective Marcy O'Brien located MV at a local elementary school and transported her to the Children's Advocacy Center in Rock Island, Illinois, for an interview, which was audio and video recorded.

27. During the interview, MV was shown color copies of the (14) images that marlboroman1488 had uploaded to IMGSRC. MV confirmed that she is the girl that is shown in all of the images. When asked when these pictures were taken, she stated that it was sometime after July 4, 2012, but before school started. (Note: _____ advised that school began on August 24, 2012.) MV stated that when the pictures were taken that she and FRAZER were alone in the apartment. MV stated that FRAZER asked her if she wanted to take some pictures, to which she agreed. MV stated that FRAZER told her to put on two different bathing suits for the pictures. MV stated that FRAZER told her how to pose for the pictures. MV stated that all of the pictures were taken at the apartment, in both the living room and in FRAZER's bedroom. MV stated FRAZER used his cellphone camera to take all of the pictures.

28. During the execution of the search warrant at the apartment, agents seized, among other things, two swimsuits that were worn by MV in the photographs uploaded to IMGSRC and a Toshiba Satellite Laptop computer. HSI Task Force Officer (TFO) Ellen Price conducted an onsite forensic preview of the Toshiba laptop. TFO Price observed that the laptop was password protected, but she was able to use her forensic tools to access the files therein. TFO Price located a folder titled "New folder (2)" in the following file path: D\ Windows (x86)\ Windows secure\ MSDOS Backup\ Windows8 Preview\ Program Errors\ New folder (2). TFO Price advised that the folder is a user created folder. In the folder, TFO Price located several images of MV. Your affiant viewed the images and confirmed that all of the images that had been uploaded to IMGSRC were present in this folder.

29. Utilizing forensic software, TFO Price examined an image from the New folder (2) which was titled "2012-08-20_15-08-37_194". This image, which was referenced in paragraph 13 of the search warrant affidavit, shows MV wearing only a red and black bikini bottom lying face down on a bed. The bikini bottom is pulled down exposing the top of her buttocks crack. An adult male penis is over or against her buttocks. TFO Price advised that the forensic software showed that the device used to capture this image was a Motorola MB855, and the image was created on August 20, 2012, at 15:08:34.

30. I conducted a visual examination of the Motorola cell phone that was removed from FRAZER's pocket and confirmed that it is a Motorola MB855 cell phone. China is listed as the country of manufacture.

## CONCLUSION

31. Based on the foregoing, I respectfully request that this Court find probable cause for the arrest and criminal complaint charging JOHN J. FRAZER, DOB: MM/DD/1980, of Silvis, Illinois, with the production of child pornography, in violation of 18 U.S.C. § 2251(a).

Dated: 08/28/12

By: s/Eric V. Bowers
_____
Eric V. Bowers
Special Agent
Department of Homeland Security
Homeland Security Investigations

Subscribed to and sworn to before me on August 28, 2012.
s/Sara Darrow
_____
The Honorable Sara Darrow
United States District Court Judge
Central District of Illinois, Rock Island Division