AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**Central** DISTRICT OF **Illinois**

USA

v.

John Frazer

**EXHIBIT AND WITNESS LIST**

Case Number: 12-mj-6409

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sara Darrow | Kirk Schuler | John Steckel |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | J. Johnson | M. Zalizewski |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 2 |  | 9/13/12 | 9/13/12 | 9/13/12 | Incident Report - dated 9/6/12 by USM Shephard |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages