

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

FILED
SEP 19 2012
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>       v.                        )<br>                                 )<br> JOHN J. FRAZER,                 )<br>                                 )<br>            Defendant.           ) | Criminal No. 12-40073<br><br>VIO: Title 18, United States Code, Sections 2251(a) and (e), 2252A(a)(4)(B) and (b)(2), and 2253 |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (SEXUAL EXPLOITATION OF A MINOR)

On or about August 20, 2012, in Rock Island County in the Central District of Illinois, the defendant,

**JOHN J. FRAZER**

did and attempted to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: the photograph with the file name "2012-08-20_14-49-43_74.jpg," the defendant knowing or having reason to know that said visual depiction would be transported or transmitted using any means and facility of interstate and foreign commerce, and said visual depiction was produced using materials that had been mailed, shipped, and transported in foreign commerce, and said visual depiction was transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
## (SEXUAL EXPLOITATION OF A MINOR)

On or about August 20, 2012, in Rock Island County in the Central District of Illinois, the defendant,

### JOHN J. FRAZER

did and attempted to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: the photograph with the file name "2012-08-20_15-03-46_410.jpg," the defendant knowing or having reason to know that said visual depiction would be transported or transmitted using any means and facility of interstate and foreign commerce, and said visual depiction was produced using materials that had been mailed, shipped, and transported in foreign commerce, and said visual depiction was transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE
## (SEXUAL EXPLOITATION OF A MINOR)

On or about August 20, 2012, in Rock Island County in the Central District of Illinois, the defendant,

### JOHN J. FRAZER

did and attempted to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: the photograph with the file name "2012-08-20_15-04-09_717.jpg," the defendant knowing or having reason to know that said visual depiction would be transported or transmitted using any means and facility of interstate and foreign commerce, and said visual depiction was produced

using materials that had been mailed, shipped, and transported in foreign commerce, and said visual depiction was transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT FOUR
### (SEXUAL EXPLOITATION OF A MINOR)

On or about August 20, 2012, in Rock Island County in the Central District of Illinois, the defendant,

### JOHN J. FRAZER

did and attempted to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: the photograph with the file name "2012-08-20_15-08-37_194.jpg," the defendant knowing or having reason to know that said visual depiction would be transported or transmitted using any means and facility of interstate and foreign commerce, and said visual depiction was produced using materials that had been mailed, shipped, and transported in foreign commerce, and said visual depiction was transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT FIVE
### (SEXUAL EXPLOITATION OF A MINOR)

On or about August 20, 2012, in Rock Island County in the Central District of Illinois, the defendant,

### JOHN J. FRAZER

did and attempted to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit:

the photograph with the file name "29380549GxL.jpg," the defendant knowing or having reason to know that said visual depiction would be transported or transmitted using any means and facility of interstate and foreign commerce, and said visual depiction was produced using materials that had been mailed, shipped, and transported in foreign commerce, and said visual depiction was transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT SIX
## (POSSESSION OF CHILD PORNOGRAPHY)

On or about August 27, 2012, in Rock Island County in the Central District of Illinois, the defendant,

**JOHN J. FRAZER**

did knowingly possess visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8), in addition to those charged in Counts One through Five of this Indictment, and said child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(4)(B) and (b)(2).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One and Six of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 2253.

From his engagement in the criminal violations alleged in Counts One and Six of this Indictment, the defendant,

**JOHN J. FRAZER,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

1. Any visual depiction or other matter containing such visual depiction which was possessed as alleged above in this Indictment; and

2. Any personal property used or intended to be used to commit or promote the commission of the offense charged above in this Indictment.

The property referred to above as items 1 and 2 includes, but is not limited to, the following:

    a. One Motorola cell phone, Model MB855 Photon 4G (Android); and

    b. One Toshiba laptop computer with serial number ZA144135K.

A TRUE BILL
s/Foreperson

**FOREPERSON**

s/Kirk Schuler

**JAMES A. LEWIS
UNITED STATES ATTORNEY
KWS**