E-FILED
Tuesday, 25 September, 2012  05:28:14 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS**

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | ) | NO.    12-40073 |
| | ) | |
| vs. | ) | **MOTION TO CONTINUE** |
| | ) | |
| JOHN FRAZER, | ) | |
| Defendant. | ) | |

_____

    **COMES NOW**, the Defendant John Frazer and moves this honorable Court to continue the Arraignment currently scheduled in this case and in support thereof states the following:

    1.    This case is now set for Arraignment on September 27, 2012 at 1:00 P.M. in Rock Island, Illinois.

    2.    That the undersigned attorney will be out of state and unavailable to appear on September 27, 2012 at 1:00 P.M.

    3.    The undersigned will be available from 9 A.M. until 10 A.M. on September 27, 2012. The Assistant United State Attorney handling this case has been contacted and does not object to this motion and has stated that he is also available between 9:00 A.M. and 10 A.M on September 27, 2012.

    **WHEREFORE,** the Defendant prays this honorable Court to continue the Arraignment in this case to a date after September 30, 2012 or to the earlier time suggested above.

    Respectfully Submitted,

_____
John G. Steckel
1800 – 3rd Avenue, Suite 309
Rock Island, IL  61201
(309)793-0100