UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.  12-40073 |
| | ) |
| JOHN J. FRAZER, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

Comes now Gregory M. GIolmore, Assistant United States Attorney, and enters his appearance as co-counsel, on behalf of the United States of America, to assist counsel in the litigation of all forfeiture issues in the above-entitled cause.

Respectfully submitted,

JAMES A. LEWIS
UNITED STATES ATTORNEY

By:   /s/ Gregory M. Gilmore
Assistant United States Attorney
Illinois Attorney Bar No. 6217499
318 South 6th Street
Springfield, Illinois 62701
(217) 492-4450
Fax: (217) 492-4044
E-mail: greg.gilmore@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on October 10, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for defendant.

      /s/ Gregory M. Gilmore
Assistant United States Attorney
Illinois Attorney Bar No. 6217499
318 South 6th Street
Springfield, Illinois 62701
(217) 492-4450
Fax: (217) 492-4044
E-mail: greg.gilmore@usdoj.gov