IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No.   12-40073 |
| ) | |
| **JOHN J. FRAZER,** ) | |
| ) | |
| **Defendant.** ) | |

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE HEARING

Comes now, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby moves the Court to continue the currently scheduled pre-trial conference/change of plea hearing, and states as follows:

1.  This matter is currently set for a hearing on Thursday, January 3, 2013 at 10:30 a.m. in Rock Island before Judge Darrow.

2.  From December 17, 2012, through December 20, 2012, the undersigned was in trial as lead counsel in *United States v. Pereira et al.*, No. 11-40118, in Peoria before Judge Shadid.  Because of the blizzard on December 20-21, 2012, and the holidays the following week, the trial was continued from December 20 until Wednesday, January 2, 2013.  Closing arguments are scheduled to start Thursday morning on January 3, 2013.

3.  It is anticipated that defendant John Frazer will plead guilty pursuant to a written agreement in this case.  Because of the continued trial in *United States v. Pereira*, the holidays, and the undersigned's other caseload, the undersigned has not had sufficient time to negotiate a written plea agreement with defense counsel.

4. As a result, because the undersigned is not available for the hearing on January 3, 2013, and because the parties are not yet prepared to resolve this case on January 3, the undersigned requests a continuance in this matter to an agreeable date.

5. On December 31, 2012, the undersigned spoke via telephone to defense counsel in this matter. Upon information and belief, defense counsel does not object to a continuance and prefers a continuance so that a written plea agreement can be reached.

6. This is the government's first request for a continuance, and is not intended for the purpose of delay, but in order to allow the undersigned to prepare and personally appear for the defendant's next scheduled hearing.

WHEREFORE, the government respectfully requests a continuance in this matter.

Respectfully submitted,
JAMES A. LEWIS
United States Attorney

By: */s/ Kirk Schuler*
Kirk W. Schuler
Assistant United States Attorney
1830 Second Avenue, Third Floor
Rock Island, Illinois  61201
Telephone:   (309) 793-5884
Facsimile:   (309) 793-5895

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2012, I electronically filed the foregoing materials with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant(s):  John Steckel, attorney for defendant.

*/s/ Kirk Schuler*
Kirk W. Schuler
Assistant United States Attorney