FILED
FEB 1 4 2013
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>vs.<br><br>John J. Frazer,<br>     Defendant. | *<br>*<br>*<br>*<br>*   Cr. No.: 12-40073-001<br>*<br>*<br>* |

On February 6, 2013, the defendant appeared in Court and pled guilty to one count each of Sexual Exploitation of a Child and Possession of Child Pornography.

Pursuant to 18 U.S.C. § 3552(b), the Court orders the offender undergo as psychosexual examination as arranged by the United States Probation Office. The results of which will be provided to the Court. The report shall include shall provide the court with a written report of the pertinent results of the study and make to the court recommendations to aid in a proper resolution of the case.

It is further ordered, that the United States Marshal Service transport the defendant.

IT IS SO ORDERED this 14th day of February, 2013.


s/Sara Darrow

Sara L. Darrow
U.S. District Judge